UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**THE PATRIOT VOICE, INC.,**

   Plaintiff,

v.                                                                     No. 4:23-cv-00896-P

**TOTAL SYSTEM SERVICES, LLC,**

   Defendant.

## ORDER

Before the Court is Defendant Total System Services, LLC's Motion for Extension to Move, Answer, or Otherwise Respond to Plaintiff's Original Complaint. ECF No. 7. After considering the Motion, the record, any related briefing, the Court **GRANTS** the Motion and, hereby, **ORDERS** Defendant to respond to Plaintiff's Original Complaint **on or before November 30, 2023**.

Further, the Court instructs the Clerk to **STRIKE** and **UNFILE** the Clerk's Entry of Default (ECF No. 8) as the Defendant appeared in the case before the Entry of Default was entered.

**SO ORDERED** on this **1st day of November 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE