UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**THE PATRIOT VOICE, INC.,**

 Plaintiff,

v.              No. 4:23-cv-00896-P

**TOTAL SYSTEM SERVICES, LLC,**

 Defendant.

## ORDER

Plaintiff's Motion for Entry of Default and Motion for Default Judgment (ECF No. 6) is hereby **WITHDRAWN**.

**SO ORDERED** on this **6th day of November 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE